UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELINA MIRANDA,<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 1:23-cv-02581-JPC<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO CONDUCT SETTLEMENT CONFERENCE REMOTELY VIA VIDEO CONFERENCE** |

**THIS CAUSE** came before the Court on the Parties' Joint Motion for Leave to Conduct the Settlement Conference via Video-Conference.

Having reviewed the Motion and being fully advised of the premises, it is hereby **ORDERED** and **ADJUDGED** that the Motion is **GRANTED**. The Parties may conduct the settlement conference via video conference.

**SO ORDERED**.

Date: October 2, 2023

New York, New York

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

The parties may meet to discuss settlement by video. The parties may also advise the Court by letter motion if they seek a referral to Judge Aaron for a settlement conference or to the Court-annexed mediation program. The Clerk of Court is respectfully directed to close Docket Number 20.

cc: All Counsel of Record